UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MONICA ROHENA-MORALES,
        Plaintiff             Case No.: 3:16-CV-1085-J-39-JBT

vs.

SUPER NAILS OF PALM COAST. L.L.C., and
HUNG H. NGUYEN
        Defendants             /

## MOTION TO APPROVE SETTLEMENT

Come now the Plaintiff, Monica Rohena-Morales, (herein after referred to as "Plaintiff"), by and through her undersigned counsel and the Defendants, Super Nails of Palm Coast, L.L.C. and Hung H. Nguyen, (herein after referred to as "Defendants"), and state as follows:

The Plaintiff and Defendants disclose the terms of the settlement of this matter and, recognizing the unavoidable inconsistent requirements of this Court's duty to investigate FLSA settlements and Fed. R. Evid. 408, which prohibits disclosure of settlement negotiations, acknowledge that both Plaintiff and Defendants do not anticipate this disclosure to be admissible or relevant in the event the settlement is not approved by the Court.

This case alleged that the Plaintiff was due past overtime. The Plaintiff alleged she was due $3,784.85 in unpaid overtime. The Defendants do not agree with Plaintiff's allegations about the hours Plaintiff worked. The parties anticipate there would be

voluminous, potentially contradictory evidence to analyze regarding the specific amount of time which the Plaintiff worked.  Of course, the Defendants contend that Defendants' actions were not wrong or illegal and, if wrong, were in good faith and would not entitle Plaintiff to liquidated damages.

Both the Plaintiff and the Defendant know the fact intensive issues surrounding the work performed and classification of this employee do not have an objectively clear outcome for either party.  The Plaintiff and the Defendants both wish to avoid uncertainty, avoid future expenses and risks, and conclude this litigation.

The Defendants have agreed to pay Ms. Rohena-Morales $3,784.85 in past overtime pay and $3,784.85 in liquidated damages to resolve this matter.  The Defendants have agreed to pay $3,020.00 in fees and costs to Plaintiff's counsel, Ryan LaBar, Esq., in addition to, the $7,569.70 referenced above.  The total of all payments is $10,589.70.  The negotiation of the Plaintiff's settlement was completely unrelated to the resolution of proposed fees and costs offered to be paid in this case.  The Plaintiff believes this is a full and fair settlement of Plaintiff's overtime claims, which have been made in full, without compromise.  Defendants do not agree that overtime or liquidated damages are due, but because they understand there will be conflicting evidence presented if this case were to proceed to trial, have made a business decision to pay the alleged damages in full rather than pay to defend and try the case.  In exchange, upon Court approval, Plaintiff agrees that she has been fully and fairly paid all sums due her pursuant to the FLSA.

All parties respectfully request the Magistrate Judge prepare a report and recommendation approving this compromise settlement as "a fair and reasonable resolution of a bona fide dispute", Lynn's Food Stores, Inc. v. United States Department

of Labor, 679 F.2d 1350, 1354-55 (11th Cir. 1982), recognizing the Court may approve the settlement "in order to promote the policy of encouraging settlement of litigation." Id. at 1354.  The agreement is filed together with this pleading for reference.  Arguably no approval is necessary because there was no compromise of the alleged amounts due.  See, Gerzanick v. Superior Aircraft Services, Inc., No. CIV.A. 6:11-791-Orl-28KRS, 2011 WL 4054633 at *1-2 (M.D. Fla. Sept. 2, 2011.

                                                    Respectfully Submitted,

Dated November 3, 2016

| /s/ N. Ryan LaBar | /s/Matthew E. Romanik |
|---|---|
| Attorney for Plaintiff | Attorney for Defendant |
| N. Ryan LaBar, Esq. | Matthew E. Romanik, Esq. |
| LaBar and Adams, P.A. | Damore, Delgado, Romanik & Rawlins |
| 2300 East Concord Street | 227 Seabreeze Blvd. |
| Orlando, Florida 32803 | Daytona Beach, FL  32118 |
| Phone (407) 835-8968 | Phone (386) 255-1400 |
| Fla. Bar No.:  0010535 | Fla. Bar No.: 0062588 |
| rlabar@labaradams.com | matthewromanik@yahoo.com |

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the above-foregoing has been transmitted to N. Ryan LaBar, Esq., counsel for Plaintiff, 2300 East Concord Street, Orlando, FL 32803 on November 3, 2016 via filing with the clerk of the Court via CM/ECF which will serve the pleading upon him.

                                                    /s/ Matthew E. Romanik
                                                    Attorney for Defendant
                                                    Matthew E. Romanik, Esq.
                                                    Damore, Delgado, Romanik & Rawlins

227 Seabreeze Blvd.
Daytona Beach, FL  32118
Phone (386) 255-1400
Fla. Bar No.: 0062588
matthewromanik@yahoo.com