UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MONICA ROHENA-MORALES,   CASE NO.: 3:16-cv-1085-J-39JBT
    Plaintiff,

v.

SUPER NAILS OF PALM COAST, L.L.C.,
and HUNG H. NGUYEN,
    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL
## PURSUANT TO RULE 41(a)(1)(A)(ii)

Plaintiff and Defendants, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby file this Joint Stipulation of Dismissal, and state as follows:

1. The Parties settled this matter. Defendants tendered the wages (including liquidated damages), legal fees, and costs which were described in the Joint Motion to Approve Settlement (Doc. 6) to Plaintiff's Counsel.

2. In consideration of the foregoing and this Honorable Court's Order (Doc. 7) entered on November 8, 2016, the Parties jointly stipulate to the dismissal of this action.

Dated: November 28, 2016                        Respectfully Submitted,

| | |
|---|---|
| */s/Matthew E. Romanik* | */s/ N. Ryan LaBar* |
| Attorney for Defendant | Attorney for Plaintiff |
| Damore, Delgado, Romanik & Rawlins | LaBar and Adams, P.A. |
| 227 Seabreeze Blvd. | 2300 East Concord Street |
| Daytona Beach, FL 32118 | Orlando, Florida 32803 |
| Phone (386) 255-1400 | Phone (407) 835-8968 |
| Fla. Bar No.: 0062588 | Fla. Bar No.: 0010535 |
| matthewromanik@yahoo.com | rlabar@labaradams.com |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above-foregoing has been transmitted to Matthew E. Romanik, Attorney for Defendants at matthewromanik@yahoo.com on November 28, 2016 via filing with the clerk of the Court via CM/ECF which will serve the pleading upon him.

/s/ N. Ryan LaBar
N. RYAN LABAR, ESQ.