UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**MONICA ROHENA-MORALES,**

    Plaintiff,

v.                                    Case No. 3:16-cv-1085-J-39JBT

**SUPER NAILS OF PALM COAST, L.L.C.
and HUNG H. NGUYEN,**

    **Defendants.**
_____/

### ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Dismissal (Doc. No.8; Stipulation) filed on November 28, 2016. In the Stipulation, the parties indicate their agreement to dismissal of this case. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

1.     This case is **DISMISSED without prejudice.**

2.     Each party shall bear its own costs and fees.

3.     The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE and ORDERED** in Jacksonville, Florida this 6th day of December, 2016.

_____
BRIAN J. DAVIS
United States District Judge

*Copies to:*

Counsel of Record

**ap**